1  Jeffrey R. Krinsk (CA Bar No. 109234)
   jrk@classactionlaw.com
2  William R. Restis (CA Bar No. 246823)
   wrr@classactionlaw.com
3  FINKELSTEIN & KRINSK LLP
   501 West Broadway, Suite 1250
4  San Diego, California 92101-3579
   Telephone: (619) 238-1333
5  Facsimile: (619) 238-5425

6  Attorneys for Plaintiff
   and the Putative Class

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| MICHAEL KURTZ, individually and on behalf of all other similarly situated California Residents<br><br>Plaintiff,<br><br>v.<br><br>INTELIUS, INC., A Delaware Corporation; INTELIUS SALES COMPANY LLC, a/k/a INTELIUS SALES, LLC A Nevada Limited Liability Company; and ADAPTIVE MARKETING LLC, A Delaware Limited Liability Company,<br><br>Defendants. | Case No. 2:11-cv-01009-JAM-JFM<br><br>**ORDER RE JOINT STIPULATION TO CONTINUE HEARING DATE AND BRIEFING DEADLINES FOR MOTIONS IN RESPONSE TO THE COMPLAINT**<br><br>Assigned for all purposes to the Honorable John A. Mendez |

1   Having considered the parties' Joint Stipulation to Continue Hearing Date and Briefing
2   Deadlines for Motions in Response to the Complaint (Dkt # 30) and for good cause shown, **IT IS**
3   **HEREBY ORDERED** that Defendants' motions in response to the Complaint shall be heard on
4   August 3, 2011, at 9:30 a.m.

All papers in opposition to motions filed in response to the Complaint shall be filed on or before July 15, 2011;

All reply papers shall be filed on or before July 27, 2011;

Dated: June 27, 2011

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
United States District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com