John A. Vogt (State Bar No. 198677)
javogt@jonesday.com
Edward S. Chang (State Bar No. 241682)
echang@jonesday.com
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, California  92612
Telephone:  (949) 851-3939
Facsimile:   (949) 553-7539

Attorneys for Defendants
INTELIUS INC. & INTELIUS SALES LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL KURTZ, individually and on behalf of all other similarly situated California residents,<br><br>               Plaintiff,<br><br>     v.<br><br>INTELIUS INC., A Delaware Corporation; INTELIUS SALES COMPANY LLC, a/k/a Intelius Sales Company, LLC, A Nevada Limited Liability Company and ADAPTIVE MARKETING LLC, A Delaware Limited Liability Company,<br><br>               Defendants. | Case No. SACV 11-1382 AG (MLGx)<br><br>Assigned for all purposes to Honorable Andrew J. Guilford<br><br>**JUDGMENT** |

On January 9, 2012, the Court issued an Order granting, in their entirety, the motions to dismiss filed by Defendants Adaptive Marketing LLC, Intelius Inc., and Intelius Sales LLC (collectively, "Defendants"). For the reasons set forth in that Order, the Complaint is **DISMISSED WITH PREJUDICE**.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that:

1. Judgment is entered for Defendants and against Plaintiff Michael Kurtz.

2. Defendants shall recover from Plaintiff costs under Federal Rule of Civil Procedure 54(d) and Local Rule 54-1.

Dated:   January 26, 2012

_____
THE HONORABLE ANDREW J. GUILFORD
United States District Judge

Respectfully submitted by:

JONES DAY
John A. Vogt
Edward S. Chang

*/s/  Edward S. Chang*
Edward S. Chang

Attorneys for Defendants Intelius Inc. & Intelius Sales LLC

GREENBERG TRAURIG, LLP
Robert J. Herrington

*/s/  Robert J. Herrington*
Robert J. Herrington

Attorneys for Defendant Adaptive Marketing LLC